UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EARL HAYES,<br><br>         Plaintiff,<br><br>-against-<br><br>BRADY CONDLIN; STEVEN SCHMOKE; THE DUTCHESS COUNTY DISTRICT ATTORNEY'S OFFICE; THE STATE OF NEW YORK,<br><br>         Defendants. | 24cv7912 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the November 1, 2024, order, this action is dismissed. Plaintiff's complaint is dismissed as duplicative of No. 22-CV-7295 (KMK). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). SO ORDERED.

Dated: November 6, 2024
     New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
                 Chief United States District Judge